IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUGUSTINE F. FORKWAR )
)
      **Plaintiff,** )
)
v. ) Civil Action No. WGC-09-1543
)
EMPIRE FIRE & MARINE INS. CO. )
)
      **Defendant.** )
)

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS this 20th day of September, 2010, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiff's Motion for Summary Judgment (Document No. 15) BE, and the same hereby IS, **DENIED**;

2. That Defendant's Cross-Motion for Summary Judgment (Document No. 18) BE, and the same hereby IS, **GRANTED**;

3. That Plaintiff's Counter Motion for Summary Judgment (Document No. 19) BE, and the same hereby IS, **DENIED**;

4. That judgment is entered in favor of the Defendant and against the Plaintiff; and

5. That the Clerk **CLOSE** this case.

_____/s/_____
WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE